UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD WOLF GUTS, | ) |
| Movant, | ) |
| vs. | ) Case No. 19-3283-CV-S-MDH-P |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## ORDER DISMISSING CASE

Movant is confined at the United States Medical Center for Federal Prisoners in Springfield, Missouri. He filed this case *pro se*, setting out his claims on a 28 U.S.C. § 2255 form. As his primary ground for relief, Movant claims: "I'm falsely incarcerated more than my projected release date." Doc. 1, p. 4.

The Court notes that a hearing to assess justification for Movant's confinement is scheduled for October 8, 2019, at which he will be represented by counsel. *See United States v. Wolf Guts*, No. 19-3168-CV-S-MDH (petition to determine mental condition). The Court finds that Movant should present the claims he seeks to present in this case at the October 8 hearing.

Therefore, this case is dismissed, and the dismissal of Movant's claims is without prejudice.

So **ORDERED**.

/s/ Douglas Harpool
DOUGLAS HARPOOL
UNITED STATES DISTRICT JUDGE

Springfield, Missouri,

Dated: <u>August 26, 2019</u>.